BENJAMIN B. WAGNER
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DASHAWN CHAMBERS,<br><br>                    Defendant. | CASE NO.  2:09-cr-00288-KJM |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DASHAWN CHAMBERS,<br><br>                    Defendant. | CASE NO. 1:16-cr-00020-DAD-BAM<br><br>**NOTICE OF RELATED CASES,<br>STIPULATION, AND ORDER OF TRANSFER**<br><br>[EDCA L.R. 120, 123] |

The United States of America, through its undersigned counsel, Assistant United States Attorney Jeremy J. Kelley, and defendant Dashawn Chambers, by and through his counsel of record, Jerome Price, hereby give notice that the above-captioned matters are related cases within the meaning of Local Rule 123 and stipulate as follows:

In *United States v. Chambers*, case no. 2:09-cr-00288-KJM, a petition has been filed against the defendant alleging that he violated the terms of his supervised release by, *inter alia*, possessing and discharging a firearm and possessing ammunition in violation of state and federal law.  ECF No. 38.  As alleged in the petition, the defendant stole a 40-caliber Smith and Wesson semi-automatic pistol from a

1  home in Mercer County.  The petition also alleges that the weapon was later recovered from the

2  defendant's residence in Merced County after police responded to reports of shots being fired.

3         In *United States v. Chambers*, case no. 1:16-cr-00020-DAD-BAM, the defendant now stands

4  formally accused by grand jury indictment of violating 18 U.S.C. § 922(g)(1), possessing a firearm

5  prohibited to him by his felony status.  ECF No. 6.  This indictment is based upon the same occurrences

6  as those alleged in the petition to revoke the defendant's supervised release.

7         Pursuant to Local Rule 123, the cases involve the same defendant and much of the evidence is

8  the same in both of the above-captioned cases.  Reassignment to the same district judge would avoid

9  substantial duplication of labor by the Court and is "likely to effect a substantial savings of judicial

10  effort" because it will necessarily avoid the "substantial duplication of labor" by the judiciary of this

11  district, including any issues regarding discovery or admissibility of evidence and any questions of law

12  that may arise thereto.  *See* EDCA L.R. 123(a)(3)-(4).

13         Pursuant to Local Rule 120(b), criminal actions occurring in Merced County shall be

14  commenced in the District Court sitting in Fresno.  The parties agree that the proper venue for

15  disposition of the § 922(g) charge in the indictment is Fresno.  The parties further agree that given the

16  overlapping facts, resolution of both the charge in the indictment and the petition to revoke the

17  defendant's supervised release can most effectively be accomplished in the same proceedings before the

18  same judge.  For good cause, the parties jointly request transfer of case no. 2:09-cr-000288-KJM to the

19  Honorable Judge Dale A. Drozd in Fresno.  *See* EDCA L.R. 120(f).

20

21         IT IS SO STIPULATED.

22

23  Dated:  March 7, 2016                          BENJAMIN B. WAGNER
                                                   United States Attorney
24

25                                         By:  /s/ JEREMY J. KELLEY
                                                   JEREMY J. KELLEY
26                                                 Assistant United States Attorney

27

28

1   Dated:  March 7, 2016

2

3                           By:  /s/ JEROME PRICE

                                 JEROME PRICE

4                                  Counsel for Dashawn Chambers

5

6                              ORDER

7        For good cause shown, the stipulation of counsel in criminal case no. 2:09-cr-000288-KJM is

8   approved and transfer of the case to the Honorable Judge A. Drozd is ordered.

9   DATED:  March 8, 2017

10

11

12                       UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28